IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BROUGHTON HOWARD,
    Petitioner,

vs.                                  Case No.: 3:10cv524-LAC/MD

EDWIN G. BUSS,
    Respondent.

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 29, 2011. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The respondent's motion to dismiss (doc. 8) is GRANTED.

3.    The petition for writ of habeas corpus (doc. 1) is DISMISSED WITHOUT PREJUDICE as an unauthorized or successive habeas corpus application.

4.    The clerk is directed to close this file and send petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

5.    A certificate of appealability is DENIED.

DONE AND ORDERED this 3rd day of May, 2011.

                                            *s/L.A. Collier*
                                            **LACEY COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**